Cotter against Ralph Stout, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

McDONALD, Respondent, v. JACOBS, Appellant. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Elizabeth J. McDonald against Isaac Jacobs, as administrator, etc. M. A. Freeman, of New York City, for appellant. C. J. Lane, of New York City, for respondent.

PER CURIAM. Order reversed, and motion granted, upon payment within 10 days of costs of action before trial and $10 costs of motion; the cause to retain its place on the calendar, subject to an application by plaintiff, if so advised, for a reasonable adjournment of the trial. Order filed.

MacEVOY, Respondent, v. TIDEWATER OIL CO., Appellant. (No. 6937.) (Supreme Court, Appellate Division, First Department. February 26, 1915.) Appeal from Special Term, New York County. Action by Clifford F. MacEvoy, as trustee in bankruptcy of Oswin W. Shelly, against the Tidewater Oil Company. From an order opening plaintiff's default, defendant appeals. Modified and affirmed. Walter B. Walker, of New York City, for appellant. David W. Kahn, of New York City, for respondent.

PER CURIAM. Order appealed from modified, by striking out the words "without prejudice to any proceedings heretofore had, and without changing the date of issue," and inserting in place thereof the words, "Cause to retain its date of issue and place upon calendar, if defendant so elects," and, as modified, affirmed, without costs to either party.

In re McEWEN. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) In the matter of the application of Frank J. McEwen for admission to the bar. No opinion. Application granted.

McGEE, Respondent, v. CAST THREAD FITTING & FOUNDRY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) Action by Lida L. McGee, as executrix, etc., of James S. McGee, deceased, against the Cast Thread Fitting & Foundry Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

McGOWAN, Appellant, v. O'BRIEN CONST. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by John McGowan against the O'Brien Construction Company. T. J. O'Neill, of New York City, for appellant. J. V. Bouvier, Jr., of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McKINNON, Respondent, v. INTERNATIONAL RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 27, 1915.) Action by Inez McKinnon against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

In re McKNIGHT. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) In the matter of the application of John McKnight for admission to the bar. No opinion. Application granted.

McKNIGHT v. McKNIGHT. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Chauncey P. McKnight against Louise S. McKnight. No opinion. Motions granted, without costs. Settle orders on notice.

McLAREN, Respondent, v. RAGUS TEA & COFFEE CO., Appellant. (Supreme Court, Appellate Division, First Department. January, 15, 1915.) Action by Peter L. McLaren against the Ragus Tea & Coffee Company. H. L. Jacobson, of New York City, for appellant. L. Malthaner, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

McLAUGHLIN, Respondent, v. NEW YORK RYS. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by James J. McLaughlin against the New York Railways Company. F. J. Moses, of New York City, for appellant. C. J. Lane, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McLEOD, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Hazel Evelyn McLeod against Lucius H. Smith.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the verdict of the jury is against the weight of the evidence on the question of the negligence of the defendant.

KRUSE, P. J., dissents.

MAGEE, Respondent, v. MAGEE, Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Action by Florence Deems Magee against Belmont Burdette Magee. No opinion. Order modified, by reducing the amount of the alimony to $60 per month, and the counsel fee to $300, and, as so modified, affirmed, without costs.

MARIANI, Appellant, v. NEW YORK TELEPHONE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Enidena Mariani, as administratrix, etc., against the New York Telephone Company. No opinion. Judgment and order affirmed, with costs.

MARKS v. COWDIN et al. (No. 6846.) (Supreme Court, Appellate Division, First Department. January 29, 1915.) Appeal from Special Term, New York County. Action by Leon Marks against John E. Cowdin and another.